PROB 12C
Rev 2/03

FILED
JAMES BONINI
CLERK

'05 AUG 24  AM 10: 10

U.S.
SOUTH          URT
WEST        IST OHIO
                CINNATI

# United States District Court

for

## Southern District of Ohio

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | **Andrea L Pitts** | Case Number: **1:02CR00094** |

Name of Sentencing Judicial Officer:   **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence:   **January 10, 2003**

Original Offense:   **Embezzlement, a violation of 18 U.S.C. § 656**

Original Sentence:   **1 month(s) prison, 48 month(s) supervised release**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **March 14, 2003**

Assistant U.S. Attorney:   Defense Attorney:
**Amul R. Thapar, Esq.**   **C. Ransom Hudson, Esq.**

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue an Order to Appear and Show Cause
[X]   To grant an exception to revocation without a hearing.

The probation officer finds, under penalty of perjury, that probable cause to believe the defendant has violated one or more conditions of supervision exists:

| Violation Number | Nature of Noncompliance |
|---|---|
| The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. | On December 13, 2004, Ms. Pitts submitted a urine specimen at the U.S. Probation Office. It was returned positive for marijuana metabolite on December 16, 2004. On January 12, 2005, the offender yielded a second urine specimen at the U.S. Probation Office. It was returned positive again for marijuana metabolite on January 15, 2005. On March 11, 2005, Ms. Pitts yielded a third urine specimen at the U.S. Probation Office, which was returned positive for marijuana metabolite on March 17, 2005. Finally, on May 17, 2005, the offender yielded another urine specimen at the U.S. Probation Office which was again returned positive for marijuana metabolite on May 20, 2005. It should be indicated the offender admitted that she was struggling with marijuana usage and knew that she had to stop using it. |

U.S. Probation Officer Recommendation:

Ms. Pitts has admitted her use of marijuana and has agreed to participate in substance abuse treatment. As a result, the conditions of Ms. Pitts's supervision were modified on June 7, 2005, to include the addition of a special condition requiring her to participate in a substance abuse treatment program at the direction of the probation officer.

PROB 12C
Rev 2/03

2

The term of supervision should be
- [ ] Revoked.
- [ ] Extended for years, for a total term of years.
- [X] Continued based upon the exception to revocation under 18 USC 3563(e) or 3583(d)
- [ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Approved,                                              Reviewed and Approved,

by  *David J. Backman*  by                              *John C. Cole*
David Backman                                          John C. Cole, Supervising
U.S. Probation Officer                                 U.S. Probation Officer
Executed on **August 18, 2005**                        Date: 8-22-05

---

THE COURT ORDERS:

- [ ] No Action
- [ ] The Court finds that there is probable cause to believe the defendant has violated the conditions of his/her probation/supervised release and orders the Issuance of a Warrant for his/her arrest.
- [ ] The Issuance of an Order to Appear and Show Cause
- [X] The Court finds the defendant can benefit from continued substance abuse treatment and grants an exception to revocation. The supervision term of the defendant is continued under all original terms and conditions.
- [ ] Other

Signature of Judicial Officer

8/23/05
Date