PROB 12B
(12/98)

FILED
JAMES BONINI
CLERK

## United States District Court

for

District of Southern Ohio

07 FEB 20 AM 10:31

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Andrea L Pitts**  Case Number: **1:02CR00094**

Name of Sentencing Judicial Officer:  The Honorable Sandra S. Beckwith
Chief United States District Judge

Date of Original Sentence:  **January 10, 2003**

Original Offense:  **Bank Embezzlement**

Original Sentence:  **1 month prison, 4 years supervised release**

Type of Supervision: **Supervised Release**   Date Supervision Commenced: **March 14, 2003**

### PETITIONING THE COURT

[X]  To extend the term of supervision for **6 months**, for a total term of **54 months**.
[X]  To modify the conditions of supervision as follows: **Serve a period of 30 days in the home confinement program, with release privileges for work.**

### CAUSE

Ms. Pitts tested positive for marijuana October 31, 2006, and December 12, 2006. Her term of supervision is scheduled to expire on March 13, 2007. Ms. Pitts is in need of consequences for her drug use, and needs time to prove she does not need drug treatment. Therefore, it is respectfully recommended her supervision be extended six (6) months and that she be required to serve a period of 30 days in the home confinement program. This officer explained to Ms. Pitts her right to consult with an attorney and have a hearing regarding the modifications of her supervised release. Attached is a Waiver of Hearing to Modify Conditions and Extend Term of Supervision, with Ms. Pitt's signature, showing her agreement to the modifications.

Should Your Honor have questions concerning this modification, or require additional information, please do not hesitate to contact this officer at 937-512-1470.

RE: PITTS, ANDREA L.                                                                 2

Respectfully submitted,                         Approved,

by  *[signature]*                               by  *[signature]*

**Kristin Keyer**                               **Daniel J. Kilgore**
U. S. Probation Officer                         Supervising U. S. Probation Officer
Date:   February 9, 2007                        Date:   February 9, 2007

---

THE COURT ORDERS:

[ ]   No Action
[✓]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

*[signature]*
Signature of Judicial Officer

2/16/07
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

      I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Extend supervised release for a period of six (6) months for a total term of 54 months.**

**Serve a period of 30 days in the home confinement program, with release privileges for work.**

Witness: _____  Signed: _____
U.S. Probation Officer                         Probationer or Supervised Releasee

February 9, 2007
DATE