PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

2007 JUL 26 AM 11: 38

| | |
|---|---|
| Name of Offender: **Andrea L Pitts** | Case Number: **1:02CR00094** |

Name of Sentencing Judicial Officer:   The Honorable Sandra S. Beckwith
                                       Chief United States District Judge

Date of Original Sentence:   **January 10, 2003**

Original Offense:   **Bank Embezzlement**

Original Sentence:   **1 month prison, 4 years supervised release**
                    **February 20, 2007: 6 month extension of supervised release,**
                    **30 days home confinement.**

Type of Supervision: **Supervised Release**       Date Supervision Commenced: **March 14, 2003**

---

Ms. Pitts' supervised release term is scheduled to expire September 13, 2007. Her remaining balance of restitution at this time is $17961, not inclusive of interest and penalties. She has struggled making payments consistently each month, due to periods of employment instability. Ms. Pitts is currently a manager at Church's Chicken.

Ms. Pitts is not likely to satisfy the balance of her restitution prior the expiration of her supervised release. She has agreed to continue payments after her supervision expires. She signed a Consent Agreement with the United States Attorney Financial Litigation Unit (FLU) on July 19, 2007, agreeing to make payments of $100 per month. Should she fail to make her monthly payments, she understands FLU could garnish her wages, or impose other remedies for collection purposes.

U.S. Probation Officer Action: **Ms. Pitts has signed a Consent Agreement with FLU. Therefore, it is respectfully recommended her supervision expire as scheduled in September 2007.**

Respectfully submitted,                         Approved,

by  *[signature]*                          by  *[signature]*

**Kristin Keyer**                               **Daniel J. Kilgore**
U. S. Probation Officer                         Supervising U. S. Probation Officer
Date:   **July 20, 2007**                       Date:   **July 20, 2007**

---

[✓]   I concur with the recommendation of the Probation Officer
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

7/26/07
Date